Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
465 South 400 East, Suite 200
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **IN RE:** | **CASE: 22-23752** |
| Spencer Rodney Edward Harrison<br>Olivia Marie Harrison | **CHAPTER 13** |
| **Debtors** | **Hon. KEVIN R. ANDERSON** |

### TRUSTEE'S CONTINUING OBJECTION TO CONFIRMATION

The Standing Chapter 13 Trustee, hereby objects to confirmation based on the following unresolved issues:

1. The Trustee projects that the Debtor(s) direct payment(s) to satisfy auto loan(s), will end within 60-months. The Debtor(s) should provide the Trustee with evidence as to the loan balance(s) as of the petition date, and propose to increase the plan payment by the same amount as the loan repayment once such claims have been paid in full. See In re Kofford, Slip Copy, 2012 WL 6042861 (Bankr. D. Utah Dec. 4, 2012) (Thurman).

2. The Trustee requests more information regarding the financial account where the 2021 tax refunds were deposited. If the financial account was open at the time of filing, it should be added to Schedule A/B and the statement from the petition date provided to the Trustee.

3. The Debtor(s) must amend plan to include the checkbox at 1.3 Nonstandard provisions, set out in Part 8.1 to reflect Included.

THEREFORE, the Trustee has an ongoing objection to the confirmation.

Dated: November 22, 2022

LAJ /S/
LON A. JENKINS
CHAPTER 13 TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Continuing Objection to Confirmation was served upon all persons entitled to receive notice in this case via ECF Notification or by U.S. Mail to the following parties on November 22, 2022:

THERON D. MORRISON, ECF Notification

/s/ Shanna Vagana