MORRISON LAW GROUP, P.C.
Theron D. Morrison (10331)
Attorney for Debtor(s)
290 25th Street, Ste 102
Ogden, Utah 84401
Telephone: (801) 392-9324

### IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF UTAH

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 22-23752 |
| Spencer Harrison § | |
| Olivia Harrison § | CHAPTER 13 |
| Debtor(s) § | Kevin R Anderson |

### NOTICE OF PRECONFIRMATION MODIFICATION
### TO CHAPTER 13 PLAN

**PLEASE TAKE NOTICE** that the Debtor(s) has filed with the United States Bankruptcy Court for the District of Utah a request to modify the previously filed Chapter 13 Plan under 11 U.S.C. § 1323. The Debtor(s) moves the Court for confirmation of the Plan as modified without further notice and hearing. In support thereof, the Debtor(s) represents as follows:

The most recently filed plan is hereby modified as follows:

| Plan Part No. | Previously Filed Plan Provision | Plan as Modified |
|---|---|---|
| 1.3 | Non Standard Provisions set out in part 8.1 box was marked as "Not Included" | Non Standard Provisions set out in part 8.1 box changed to " Included" |
| 2.1 | Chapter 13 Plan payment were listed to be $125.00 per month | The Chapter 13 Plan payment shall be modified and increased as follows: $125.00 for 5 months, $297.00 for 29 months and then increasing to $947.00 for the remainder of the Chapter 13 Plan. The Plan payment shall be |

|  |  | increased once the Lease for the Ford Fusion & the Honda Pilot are completed. |
|---|---|---|

The modification does **not** negatively impact secured, priority or nonpriority unsecured creditors.

Under § 1323(c), any holder of a secured claim that has accepted or rejected, as the case may be, the prior plan is deemed to have accepted or rejected the plan as modified, unless the modification provides for a change in the rights of such holder from what such rights were under the plan before modification, and changes such holder's previous acceptance or rejection.

THEREFORE, because the modification does not require notice to creditors, the Debtor(s) requests the Bankruptcy Court to confirm the plan as modified without further notice or hearing.

Dated this: December 5, 2022

  /s/ Theron D. Morrison
Theron D. Morrison
Attorney for Debtors

## CERTIFICATE OF MAILING

I hereby certify that a copy of the above document was provided via ECF and U.S. Mail to the following:

Lon K Jenkins, Chapter 13 Trustee

US Trustee (ECF)

**Spencer Harrison Olivia Harrison**
2068 Madie Ln # 4
West Haven, UT 84401

DATED December 5, 2022.

  /s/ Theron D. Morrison
Theron D. Morrison
Attorney for Debtors